JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BRYANT L.,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | Case No. 5:25-cv-01671-SB-KES<br><br>**JUDGMENT** |

For the reasons set forth in the Order Accepting Report and Recommendation of U.S. Magistrate Judge, the decision of the Commissioner of the Social Security Administration is reversed, and this action is remanded for further proceedings consistent with the Court's orders.

DATED: July 30, 2026

Stanley Blumenfeld, Jr.
UNITED STATES DISTRICT JUDGE