UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BRYANT LOWE,<br>Plaintiff<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Defendant | CASE NO. 5:25-cv-1671 SB-KES<br><br>**ORDER FOR AWARD OF EAJA FEES** |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$10,000 in attorney fees and $405 in filing fees** as authorized by 28 U.S.C. §2412. Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees belong to Plaintiff and are subject to offset under the Treasury Offset Program, 31 U.S.C. §3716(c)(3)(B). If, after receiving the Court's EAJA fee order, the Commissioner determines that Plaintiff has assigned the right to EAJA fees and costs to counsel and Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, then EAJA fees and costs may be made payable to Plaintiff's attorney, Sima G. Aghai, by either electronic funds transfer or check. If Plaintiff owes a debt under the Treasury Offset Program, any remaining EAJA fees

and costs after offset will be made by check payable to Plaintiff and delivered to the business address of Plaintiff's counsel.

DATED: October 16, 2026

Karen E. Scott

HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE